# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trini Lopez,

                 Petitioner,

v.

Warden Scott Fisher, FCI Sandstone,

                 Respondent.

Civil No. 10-3928 (RHK/SRN)

**DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 16, 2010

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge