## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Trini Lopez, | Civil No. 10-3928 (PJS/SER) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Scott Fisher, | |
| Respondent. | |

Trini Lopez, *pro se*, # 60553-066, FCI Sandstone, P.O. Box 1000, Sandstone, MN 50572.

D. Gerald Wilhelm & Gregory Brooker, Esqs., United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN, 55415, for Respondent.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Habeas Corpus Relief [Doc. No. 1] is **DENIED;**

2. Petitioner's Motion to Expedite Adjudication of § 2241 Motion Due to Irreparable Harm that Will Ensue If Petition Is Adjudicated in Due Course [Doc. No. 2] is **DENIED as moot**; and

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   08/05/11                                             s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge